**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1553**

---

KAREN F. BASS,

        Plaintiff - Appellant,

     v.

GREAT EASTERN RESORT; DAVID CLEVENGER; TIM HINKLE; STEVE
NICHOLS,

        Defendants - Appellees.

---

**No. 16-1554**

---

KAREN F. BASS,

        Plaintiff - Appellant,

     v.

GREAT EASTERN RESORT; DAVID CLEVENGER; TIM HINKLE; STEVE
NICHOLS,

        Defendants - Appellees.

---

Appeals from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:16-cv-00360-TDS-LPA; 1:16-cv-00214-TDS-LPA)

---

Submitted: August 30, 2016      Decided: September 13, 2016

---

Before MOTZ, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Karen F. Bass, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen F. Bass appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing these civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bass v. Great E. Resort</u>, Nos. 1:16-cv-00360-TDS-LPA; 1:16-cv-00214-TDS-LPA (M.D.N.C., April 19, 2016; May 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>